EVA E. GOVERS, Appellant, *v.* THE CITY OF NEW
ROCHELLE, Respondent.

*Govers v. City of New Rochelle*, 177 App. Div. 934, affirmed.

(Argued May 1, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 16, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. In form the action was brought under section 1638 of the Code of Civil Procedure to determine an adverse claim. The real object of the action was to set aside an assessment against the plaintiff's property for a portion of the cost of opening and grading Division street between Main and Huguenot streets, in the city of New Rochelle.

Plaintiff attacked the assessment upon the ground that the defendant's council did not include within the area of assessment all the property in the city of New Rochelle which was benefited by the improvement.

*Michael J. Tierney* for appellant.

*Walter G. C. Otto, Corporation Counsel,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.